# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**FRANCISCO VASQUEZ #634805**           **CASE NO. 6:18-CV-00048 SEC P**

**VERSUS**                              **UNASSIGNED DISTRICT JUDGE**

**S W MCCAIN**                          **MAGISTRATE JUDGE WHITEHURST**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 be DENIED and **DISMISSED WITH PREJUDICE**, consistent with the report and recommendation.

THUS DONE in Chambers on this 26th day of November, 2018.

_____
**Unassigned District Judge**